# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ALBERT E. CUNEO, A/K/A ALBERT E. CUNEO II T/A/D/B/A ALBERT E. CUNEO II FREELANCE APPRAISAL SERVICES | : No. 13 WM 2024 |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| RAYMOND L. BURGESS | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| YVETTE C. PETERSON | : |
| | : |
| | : |
| PETITION OF: ALBERT CUNEO | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.